record and appellants' brief must be served and filed on or before January 15, 1962. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

██· In the Matter of CALVIN JOHNSON, Appellant, v. ABRAM M. ZIMMER, Official Stenographer of County Court, Kings County, et al., Respondents.— Motion by appellant for leave to dispense with printing on appeal from order of the Supreme Court, denying his application for an order of mandamus and for other relief. Motion denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

██ In the Matter of the Estate of JOSEPH LINGG, Deceased. PAUL LINGG, Respondent; ANNA L. SUTTIE, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 8, 1962. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

██ In the Matter of ANGELO J. PALIOTTO, Respondent, v. ARTHUR G. DICKERSON, as Chief Building and Zoning Inspector of the Town of Islip, Appellant.— Motion by petitioner-respondent to dismiss for lack of prosecution the appeal from order entered September 25, 1961, denied on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 1, 1962. Motion by appellant to compel petitioner-respondent to· accept notice of appeal from order entered October 31, 1961, denying appellant's motion "for leave to renew argument." Motion granted, without prejudice to a motion by petitioner-respondent to dismiss the appeal from such order on the ground that it is not appealable. When the notice of appeal from an order is timely served, the question of whether the order is appealable should be tested by a motion to dismiss the appeal (see, e.g., 8 Carmody-Wait, New York Practice, pp. 614, 729). Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

██ In the Matter of LOUIS V. SENATORE, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Motion by petitioner to remit the proceeding to the respondent for the purpose of taking testimony and making findings, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

██ GLADYS JUST et al., Respondents, v. ARTHUR GRAF et al., Appellants.— Motion by plaintiffs for leave to appeal to this court from a determination of the Appellate Term. Motion granted. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

██ LILLIAN KLEIMAN, Appellant-Respondent, v. FOOD FARM BUILDING CORP., Respondent, and JOHN P. O'CONNOR SONS, INC., Appellant, et al., Defendant. FOOD FARM BUILDING CORP., Third-Party Plaintiff-Respondent, v. JOHN P. O'CONNOR SONS, INC., Third-Party Defendant-Appellant.— Motion by defendant and third-party plaintiff John P. O'Connor, Inc., for leave to appeal to this court from a determination of the Appellate Term, and for a stay, denied, with $10 costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

██ BURTON J. O'KEEFE, JR., et al., Appellants, v. HELEN DUBBELS et al., Respondents. (Action No. 1.) DAVID A. DUBBELS et al., Appellants, v. CLARENCE OLSON et al., Respondents, et al., Defendants. (Action No. 2.) — Motion by respondents in Action No. 1, Helen Dubbels and David A. Dubbels, to dismiss as to them the appeal taken by plaintiffs in said action. Motion granted upon consent of said plaintiffs; the appeal in said action is dismissed as to